REICH REICH & REICH, P.C.
Attorneys for Debtor
235 Main Street, Suite 450
White Plains, New York 10601
By: Jeffrey A. Reich, Esq.
jreich@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

    GREATER WESTCHESTER          Chapter 11
    PROPERTY GROUP, LLC            Case No. 24-22129(SHL)

                    Debtor.
-----------------------------------------------------------X

## **AMENDMENT**

The above-named Debtor, respectfully states that:

1.    On February 19, 2024 it filed a voluntary petition for relief under Chapter 11.

2.    Included with the filing was its list of creditors as required by 11 U.S.C. Section 521(1) and Bankruptcy Rule 1007.

3.    The Debtor filed its Schedules and Statement of Financial Affairs on February 19, 2024. After further reviewing its books and records it has been determined that Schedule D: Creditors Who Have Claims Secured by Property needs to be amended to indicate that the Estate of Rose Cannavo is a co-debtor on the mortgage against 13 Eldridge Street, Port Chester, New York 10573, which is held by US Bank National Association and being serviced by Specialized Loan Servicing LLC for loan account ending 3007.

1

4.  As a result of the foregoing, Debtor requests that Schedule D: Creditors Who Have Claims Secured by Property and Schedule H: Your Codebtors be amended to include the Estate of Rose Cannavo, c/o Joseph Cannavo, 115 Lakeshore Drive, Apt. 1846, North Palm Beach, FL 33408 as a co-debtor on the aforementioned mortgage as annexed hereto.

Dated: <u>Feb 28</u> , 2024

                                            Greater Westchester Property Group, LLC

                                  By:   /s/Joseph Cannavo
                                            Joseph Cannavo, Member